## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## CIVIL NO. 6:08-cv-01350-MLB-DWB

DISABLED PATRIOTS OF AMERICA,   )
INC., a Not-For-Profit Corporation,   )
and GUADALUPE BETANCOURT,   )
Individually,   )
          Plaintiffs,   )    Case No. 08-CV-01350-MLB-DWB
v.   )
   )
I.P.S. TWIN LAKES INVESTORS, LLC,   )
a Colorado limited liability company,   )
          Defendant.   )
_____ )

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come now the parties and stipulate to the dismissal of the above cause of action with prejudice pursuant to Rule 41.  The Court finds that it should retain jurisdiction for purposes of enforcing the settlement agreement

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above entitled case is dismissed with prejudice.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the settlement agreement.

IT IS SO ORDERED.

                                       s/ Monti Belot
                                       HONORABLE MONTI L. BELOT